UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARTIN MARIETTA MATERIALS, INC., | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) Case No. 7:12-cv-02765-LSC |
| LIMESTONE REDBAY, INC., | ) ) ) |
| Defendant | ) |

## MEMORANDUM OPINION

On June 30, 2017, the magistrate judge entered a report and recommendation and therein allowed the parties fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No party has filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the court grant the motion to dismiss counterclaims and the motion for summary judgment filed by plaintiff and dismiss this action with prejudice.

The court will enter a separate order in conformity with this Memorandum Opinion.

**DONE** AND **ORDERED** ON AUGUST 9, 2017.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704